STATE BANK OF KISSIMMEE AND W. B. MAKINSON, *Appel lants*, v. W. REESE PARKER, *Appellee*.

Opinion Filed February 24, 1915.

A party who deposits money in escrow with a bank, pending the delivery of a conveyance of property, has no equity to require the deposit to be repaid to him on the ground that the contract of conveyance has been abandoned by both parties, the remedy at law being adequate, even though the escrow holder refuses to deliver on the ground that the other party claims a right in the deposit.

Appeal from Circuit Court for Osceola County; J. W. Perkins, Judge.

Order reversed.

*Vans Agnew & Crawford* and *Johnston & Garrett*, for Appellants;

*C. B. Robinson,* for Appellee.

WHITFIELD, J.—This appeal is from an order overruling a demurrer to a bill of complaint. It is in effect alleged that Parker and Makinson agreed upon a sale of lands and personal property, Reese to deposit $1,000.00 in escrow with the bank pending the delivery by Makinson of a conveyance of the property; that Makinson failed to make the conveyance, and the contract has been abandoned by both parties; but the bank refuses to return the $1,000.00 to Parker without an order of court, upon the ground that Makinson had given notice to the bank not to deliver the deposit to Parker as he claimed a right to it. The prayer is that Makinson's claim be barred, and that the bank be required to pay the $1,000.00 to Parker, and for general relief.

Under certain circumstances the bank as a mere stakeholder may have relief in equity; but on the facts alleged by the complainant Parker, he had an adequate remedy at law if his deposit of money is unlawfully withheld from him, and the demurrer to the bill of complaint should have been sustained.

Order reversed.

TAYLOR, C. J., AND SHACKLEFORD, COCKRELL AND ELLIS, JJ., concur.